# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ROY L. DENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07-CV-211 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| STEVE RIEVLEY ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Steve Rievley's motion seeking attorney's fees under 42 U.S.C § 1988 as the prevailing party in a lawsuit brought under 42 U.S.C. § 1983 (Court File No. 147). The Court referred the motion to United States Magistrate Judge William Carter pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 151). Judge Carter filed a report and recommendation ("R&R"), in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, recommending Defendant's motion for attorney's fees be denied (Court File No. 163). Neither party filed an objection to the R&R within fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) (Court File No. 163). Defendant's motion for attorney's fees is **DENIED** (Court File No. 143).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**